UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            Criminal No. 88-CR-50066

vs.                                          HON. BERNARD A. FRIEDMAN

LARRY NOAL WHITE (D-1) and
CHARLES EDDIE MITCHELL (D-6),

    Defendants.
_____/

## **ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**

        Defendants have filed a motion [docket entry 886] seeking reconsideration of the court's order [docket entry 885] transferring two of their motions to the court of appeals as second or successive § 2255 motions. The motion for reconsideration is denied as untimely. *See* E.D. Mich. LR 7.1(h)(1). The court's order was entered on March 23, 2010. The motion for reconsideration was filed more than 14 days later, on April 22, 2010.

        SO ORDERED.


Dated: April 23, 2010                s/Bernard A. Friedman
       Detroit, Michigan          BERNARD A. FRIEDMAN
                                SENIOR UNITED STATES DISTRICT JUDGE

---

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on April 23, 2010.

                                                  s/Deborah J. Goltz
                                                  DEBORAH J. GOLTZ
                                                  Case Manager